UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:21-cr-00247-ART-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| vs. | ) | |
| | ) | |
| KEION JOE'L CHERRY, | ) | DATE:  March 31, 2023 |
| | ) | |
| Defendant. | ) | |

PRESENT:  <u>ANNE R. TRAUM, UNITED STATES DISTRICT JUDGE</u>

Deputy Clerk:  <u>Katie Lynn Sutherland</u>  Reporter:  <u>Donna Prather</u>

Counsel for Government:  <u>Kimberly Anne Sokolich, AUSA and</u>

<u>Lisa Cartier-Giroux, AUSA</u>

Counsel for Defendant:  <u>Andrew Wong, CJA and Yi Lin Zheng, CJA</u>

PROCEEDINGS:  ***Daubert* Hearing RE:** Government's Motion to Exclude Defense Expert Bryan Mae (ECF No. 66) and **Oral Arguments RE:** Defendant's Motion to Dismiss (ECF No. 60) – DAY 1

11:09 a.m. Court convenes.

The Court begins today's hearing with the *Daubert* hearing regarding Government' Motion to Exclude Defense Expert Bryan Mae (ECF No. 66).

**Bryan Mae**, called on behalf of the Defendant, is sworn and testifies under direct examination by Mr. Wong and cross examination by Ms. Cartier-Giroux.  The Court questions the witness and redirect examination by Mr. Wong.  Witness is excused.  Defendant's Exhibits 501, 502, 503, 504 and 505 are admitted into evidence.

Mr. Wong moves the Court to qualify Mr. Mae as an expert witness to testify in this matter at trial under Rule 702.

The Court hears respective closing arguments from Government counsel and defense counsel regarding the Government's motion to exclude defense expert (ECF No. 66).

After considering arguments, witness testimony and written briefing on the motion, the Government's Motion to Exclude Defense Expert Bryan Mae (ECF No. 66) is denied. The Court makes findings for the record.

12:41 p.m. The Court stands in recess.

1:03 p.m. The Court reconvenes with all counsel and Mr. Cherry present.

The Court next hears oral arguments regarding Defendant's Motion to Dismiss (ECF No. 60) from Mr. Wong and Ms. Sokolich.

1:33 p.m. The Court stands in recess.

1:42 p.m. The Court reconvenes with all counsel and Mr. Cherry present.

After considering oral arguments and written briefing on the motion, Defendant's Motion to Dismiss (ECF No. 66) is denied in part and deferred in part. The Court denies the dismissal of the indictment and defers ruling on whether an adverse inference jury instruction is warranted.

It is further ordered that the Defendant's deadline to file a motion to strike Government's amended notice of rebuttal expert testimony (ECF No. 89) is due Friday, April 21, 2023.

1:50 p.m. Court adjourns.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk