YI LIN ZHENG, ESQ.
NEVADA BAR NO. 10811
VEGAS GOLDEN LAW
2801 S VALLEY VIEW BLVD, STE 16
LAS VEGAS, NV 89102
PHONE (702) 385-7170
EMAIL: VEGASGOLDENLAW@GMAIL.COM

Attorney for Defendant, Keion Joe'l Cherry

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KEION JOE'L CHERRY,<br><br>        Defendant. | Case No. 2:21-cr-247-ART-NJK<br><br>**ORDER APPROVING       -**<br>**AMENDED UNOPPOSED[1]**<br>**MOTION FOR A LIMITED**<br>**PRESENTENCING REPORT** |

**Certification**: This Motion is timely filed.

On August 9, 2023, Mr. Cherry pleaded guilty to one misdemeanor count of depredation of government property. ECF No. 111. At the change of plea, defense counsel requested immediate sentencing. The parties discussed options regarding waiving the PSR and advancing the sentencing date.

Since the change of plea, defense counsel has been in contact with probation regarding options to expedite the PSR process. Based on those discussions, defense counsel requests a limited PSR consisting of Mr. Cherry's advisory guidelines calculations and his criminal history computation, similar to the contents of a pre-plea PSR. To facilitate the preparation of a limited

---

[1] After the filing of the original motion, government counsel stated she had reviewed the motion and did not oppose the motion.

PSR, Mr. Cherry waives his rights under Federal Rule of Criminal Procedure 32 to interview with U.S. Probation and the PSR disclosure timing requirements under FRCP 32(e).

Dated: August 16, 2023.

By:   */s/ Yi Lin Zheng*
      Yi Lin Zheng
      Attorney for Keion Joe'l Cherry

**APPROVED.**

Dated: August 17, 2023

_____
Anne R. Traum, U.S. District Judge